# ALABAMA COURT OF CRIMINAL APPEALS



April 26, 2024

**CR-2023-0879**
Gary Day v. State of Alabama (Appeal from Pike Circuit Court: CC-99-306.64)

## <u>NOTICE</u>

You are hereby notified that on April 26, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk